Robert L. DENSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35171.

Missouri Court of Appeals,
Western District.

May 29, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 31, 1984.

Application to Transfer Denied Sept. 11, 1984.

Fred Duchardt, Public Defender, Liberty, Peter M. Schloss, Asst. Public Defender, for appellant.

John Ashcroft, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment denying motion, Rule 27.26, to vacate or set aside his sentence to life imprisonment following his conviction of first degree murder (felony-murder), Section 559.007, RSMo.Supp.1975.

Affirmed. Rule 84.16(b).